In the Matter of the Judicial Settlement of the Account of ALFRED J. KENNEDY, as Administrator of TIMOTHY MURPHY, Deceased. ALFRED J. KENNEDY, Public Administrator of the County of Queens, as Administrator, etc., of TIMOTHY MURPHY, Deceased, Appellant; SYDNEY ROSENTHAL, Respondent.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, and order, unanimously affirmed, with costs to both parties, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of HAROLD PITTS, an Infant over the Age of Sixteen Years, Respondent. GEORGE E. PITTS, Appellant.— Judgment of conviction of the Orange County Children's Court, and order denying appellant's motion to vacate and set aside said judgment, unanimously affirmed, without costs. There is before us, furnished by the district attorney, a certified copy of the birth certificate of the appellant's child showing him to have been under sixteen years of age at the time of the judgment and order. In our opinion, the Children's Court Act (Laws of 1922, chap. 547, as amd.) furnishes a sufficient basis in support of the judgment and order appealed from and is not inconsistent with the prior judgment of divorce entered March 5, 1921. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of Supplementary Proceedings: WALMOR, INC., Judgment Creditor, Respondent, v. ABRAHAM J. MARKEL, Judgment Debtor, and WILLIAMSBURG AGENCY, INC., a Witness, Appellant.— Order denying motion to vacate subpœna reversed on the law, without costs, and motion granted, without costs. As a consequence of the adjournment without date, the proceeding lapsed; hence the court was without jurisdiction to issue the subpœnas. The proceeding could not be revived without notice to the judgment debtor. It is not claimed that such a notice was given. (*Matter of Mancaruso* v. *Cuthbert*, 224 App. Div. 754; *Matter of Otten* v. *Stromeyer*, *No. 1*, 228 id. 360; *Nyamco Associates, Inc.*, v. *King*, 147 Misc. 904.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of BROOKLYN TRUST COMPANY and JAMES TISDALE, as Executors under the Last Will and Testament of JOSIAH B. TISDALE, Deceased. MADELEINE B. TISDALE, Individually and as General Guardian of NANCY TISDALE, an Infant, etc., Appellant; BROOKLYN TRUST COMPANY and JAMES TISDALE, as Executors, etc., of JOSIAH B. TISDALE, Deceased, and CHARLOTTE M. HUNTER, as General Guardian of JEANNETTE ADENAW, an Infant, etc., Respondents.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with one bill of costs to the respondents, payable out of the estate. No opinion. Present — Young, Kapper, Hagarty, Scudder and Tompkins, JJ.